45 Park Avenue, Inc., Respondent, v. Emil H. Ronay et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Consolidated Telegraph and Electrical Subway Company, Respondent, v. Bowery Savings Bank, Appellant; York Awning Company, Inc., Defendant-Respondent, and Morton Berson, Defendant-Appellant and Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Raymond Pryor, as Administrator of the Estate of Ora Pryor, Deceased, et al., Respondents, v. National Transportation Co., Inc., et al., Appellants, et al., Defendants.— No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Margaret Speer, Appellant, v. Robert K. Speer, Respondent.— No opinion. Present— Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Harry Spiro, Respondent, v. Outerwear Mfg. Corporation et al., Appellants.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Sylvia Levenstim, as Assignee of Aaron L. Levenstim, Respondent, v. Great Eastern Construction Co., Inc., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Bank for Savings in the City of New York, Respondent, v. Fred F. French Investing Company, Inc., Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Shabbona Creston Oil and Gas Corporation, Appellant, v. Grace R. E. Doherty, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Samuel Kronsky et al., Copartners Doing Business under the Name of Samuel Kronsky & Company, Respondents, v. Marbridge Building Co., Inc., et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.